UNITED STATES DISTRICT CFOURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

ROBERT M. DEESE, CONSTANCE DUBOSE, MICHELLE FEIST, REID FORZLEY, KRISTINA FRANKEN, NICOLE D. FRAZIER, DONNA GENNARDO, BEAU GHANN, CHRIS LETT, NIKKI PERRY MENNING, MATTHEW MORRIS, BILLY F. NEAL, JR., LATOYA ODOM, AMBER PILGRIM, KERRI SMITH, JOHN M. STANKOWITZ, JESSICA SUCHANEK, TARA TYLER, COURTNEY WESTMAN,

Plaintiffs,

vs.

BONNAROO RESTAURANT GROUP, II, L.P. and HIELAN PAYROLL, LLC,

Defendants.

Civil Action No. ______________

**NOTICE OF REMOVAL**

**To: The Honorable Judge of the United States District Court for the Southern District of Georgia, Augusta Division**

Defendants, BONNAROO RESTAURANT GROUP, II, LLP and HIELAN PAYROLL, LLC ("Defendants"), pursuant to 28 U.S.C. §§1441 and 1446, respectfully file this *Notice of Removal* of this action from the Superior Court of Augusta-Richmond County, State of Georgia, where it is now pending to this Court.

**Introduction**

1. This Court has jurisdiction over this action, which is removable under 28 U.S.C. §1442(a)(1), because Plaintiffs are asserting claims for relief under the Fair Labor Standard Act, 29 U.S.C. §201, et. seq. ("FLSA").

**Parties**

2. Plaintiff Robert M. Deese has alleged that he is a resident of South Carolina.

3. Plaintiff Constance Dubose has alleged that she is a resident of Georgia.

4. Plaintiff Michelle Feist has alleged that she is a resident of Ohio.

5. Plaintiff Reid Forzley has alleged that he is a resident of Georgia.

6. Plaintiff Kristina Franken has alleged that she is a resident of Georgia.

7. Plaintiff Nicole D. Frazier has alleged that she is a resident of Georgia.

8. Plaintiff Donna Gennardo has alleged that she is a resident of South Carolina.

9. Plaintiff Beau Ghann has alleged that he is a resident of Georgia.

10. Plaintiff Chris Lett has alleged that he is a resident of Georgia.

11. Plaintiff Nikki Perry Menning has alleged that she is a resident of Georgia.

12. Plaintiff Matthew Morris has alleged that he is a resident of Georgia.

13. Plaintiff Billy F. Neal, Jr. has alleged that he is a resident of North Carolina.

14. Plaintiff Latoya Odom has alleged that she is a resident of Georgia.

15. Plaintiff Amber Pilgrim has alleged that she is a resident of Georgia.

16. Plaintiff Kerri Smith has alleged that she is a resident of California.

17. Plaintiff John M. Stankowitz has alleged that he is a resident of Georgia.

18. Plaintiff Jessica Suchanek has alleged that she is a resident of Kentucky.

19. Plaintiff Tara Tyler has alleged that she is a resident of Georgia.

20. Plaintiff Courtney Westman has alleged that she is a resident of Georgia.

21. Defendant Bonnaroo Restaurant Group II, L.P. is a Texas Limited Partnership with its principal place of business in Texas.

22. Defendant Hielan Payroll, LLC is a Texas Limited Liability Company with its principal place of business in Texas.

**Factual Background**

23. On February 18, 2015, Plaintiffs commenced an action in the Superior Court of Augusta-Richmond County, State of Georgia, entitled *Robert M. Deese, Constance Dubose, Michelle Feist, Reid Forzley, Kristina Franken, Nichole D. Frazier, Donna Gennardo, Beau Ghann, Christ Lett, Nikki Perry Menning, Matthew Morris, Billy F. Neal, Jr., Latoya Odom, Amber Pilgrim, Kerri Smith, John M. Stankowitz, Jessica Suchanek, Tara Tyler, Courtney Westman vs. Bonnaroo Restaurant Group, II, L.P. and Hielan Payroll, LLC,* which was assigned case number 2015RCCv452. Attached as Exhibit "A" to this Notice of Removal are those documents comprising the file of the action pending in the Superior Court of Augusta-Richmond County, Georgia. Defendants were provided notice of the Plaintiffs' suit when they received copies of the Complaint and the Summons on March 9, 2015.

24. Plaintiffs allege they are current and former employees of one or more restaurants owned or operated by Defendants. The Plaintiffs are asserting claims for damages under the FLSA.

25. This Court has subject matter jurisdiction over this action. A claim brought pursuant to the FLSA is grounded in federal law and provides this Court with federal question subject matter jurisdiction. See, 29 U.S.C. §16(b), 28 U.S.C. §1331; and *Palmer v. Hospital Auth. Of Randolph County*, 22 F.3d 1559, 563-64 (11th Cir. 1994). Defendants have the right to remove it pursuant to 28 U.S.C. §1441(a)(1).

## Procedural Issues

26. This Notice of Removal is timely filed with this Court pursuant to 28 U.S.C. §1446(b), having been filed within thirty (30) days of service of the summons on Defendants.

27. The venue of this removal action is proper pursuant to 28 U.S.C. §1441(a) and §1441(c) inasmuch as the United States Court for the Southern District of Georgia is the judicial district which includes the Superior Court of Augusta-Richmond County, State of Georgia, where the state court action has been pending.

28. No Act of Congress prohibits the removal of this cause, and the cause is removable under 28 U.S.C. §§1441 – 1453.

29. Notice to the Superior Court of Augusta-Richmond County, State of Georgia, which includes a duplicate of this *Notice of Removal* and accompanying attachments, is being filed with the Clerk of the Superior Court of Augusta-Richmond County, State of Georgia as provided by 28 U.S.C. §1446(d). A copy of said Notice to the Superior Court is attached hereto as Exhibit "B".

30. Written notice of filing of this Notice of Removal will be sent to Plaintiffs (who represents the only parties adverse to Defendants in this action), by and through their counsel of record, as further required by U.S.C. §1446(d).

## Conclusion

31. For the above reasons, Defendants give notice that the above action, initiated in the Superior Court of Augusta-Richmond County, State of Georgia, is hereby removed to the United States District Court for the Southern District of Georgia, Augusta Division.

Respectfully submitted this 26th day of March, 2015.

/s/ Michael A. Caldwell
MICHAEL A. CALDWELL
Georgia Bar No. 102775

***ATTORNEY FOR DEFENDANTS***

**DeLong, Caldwell, Bridgers & Fitzpatrick LLC**

3100 Centennial Tower
101 Marietta Street
Atlanta, Georgia 30303
404-979-3154
michaelcaldwell@dcbflegal.com

UNITED STATES DISTRICT CFOURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

ROBERT M. DEESE, CONSTANCE DUBOSE, MICHELLE FEIST, REID FORZLEY, KRISTINA FRANKEN, NICOLE D. FRAZIER, DONNA GENNARDO, BEAU GHANN, CHRIS LETT, NIKKI PERRY MENNING, MATTHEW MORRIS, BILLY F. NEAL, JR., LATOYA ODOM, AMBER PILGRIM, KERRI SMITH, JOHN M. STANKOWITZ, JESSICA SUCHANEK, TARA TYLER, COURTNEY WESTMAN,

Plaintiffs,

vs.

BONNAROO RESTAURANT GROUP, II, L.P. and HIELAN PAYROLL, LLC,

Defendants.

Civil Action No. ______________

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 26th day of March, 2015, *Notice of Removal* was sent via electronic mail and by CM/ECF online filing system of the U.S. District Court for the Southern District of Georgia, which will be automatically send email notification to all counsel of records, to the following attorney for the Plaintiffs:

Jason W. Blanchard
Thomas W. Tucker
TUCKER LONG, P.C.
Post Office Box 2426
Augusta, Georgia 30903

Michael A. Caldwell
MICHAEL A. CALDWELL
Georgia Bar No. 102775

***ATTORNEY FOR DEFENDANTS***

**DeLong, Caldwell, Bridgers & Fitzpatrick LLC**

3100 Centennial Tower
101 Marietta Street
Atlanta, Georgia 30303
404-979-3154
michaelcaldwell@dcbflegal.com

**NOTICE OF REMOVAL – Page 7**