UNITED STATES DISTRICT CFOURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| ROBERT M. DEESE, CONSTANCE DUBOSE, MICHELLE FEIST, REID FORZLEY, KRISTINA FRANKEN, NICOLE D. FRAZIER, DONNA GENNARDO, BEAU GHANN, CHRIS LETT, NIKKI PERRY MENNING, MATTHEW MORRIS, BILLY F. NEAL, JR., LATOYA ODOM, AMBER PILGRIM, KERRI SMITH, JOHN M. STANKOWITZ, JESSICA SUCHANEK, TARA TYLER, COURTNEY WESTMAN, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | Civil Action No. 2015RCCV85 |
| BONNAROO RESTAURANT GROUP, II, L.P. and HIELAN PAYROLL, LLC, | ) ) ) ) | |
| Defendants. | ) | |

---

## NOTICE TO SUPERIOR COURT OF AUGUSTA-RICHMOND COUNTY, GEORGIA, OF REMOVAL TO FEDERAL COURT

---

TO THE HONORABLE SUPERIOR COURT:

PLEASE TAKE NOTICE THAT, pursuant to 28 U.S.C. §§1441, 1442, and 1446, Defendants filed removal papers with the Clerk of the United States District Court for the Southern District of Georgia, Augusta Division, regarding the above-styled action. The federal court has assigned the case Civil Action Number _____.

---

**NOTICE TO SUPERIOR COURT OF AUGUSTA-RICHMOND COUNTY, GEORGIA, OF REMOVAL TO FEDERAL COURT – Page 1**

A copy of the *Notice of Removal* to federal court (with its accompanying exhibits) is attached hereto as Exhibit "1", Defendants respectfully request that the Superior Court of Augusta-Richmond County, Georgia, proceed no further in this action unless and until such time as the action may be remanded by order of the United States District Court for the Southern District of Georgia.

Respectfully submitted this _____day of _____, 2015.


_____
Michael A. Caldwell
Georgia Bar No. 102775
*ATTORNEY FOR DEFENDANTS*


**DELONG, CALDWELL, BRIDGERS**
**& FITZPATRICK, LLC**
SUITE 3100 Centennial Tower
101 Marietta St. NW
Atlanta, GA. 30303
(404) 979-3154
michaelcaldwell@dcbflegal.com

UNITED STATES DISTRICT CFOURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| ROBERT M. DEESE, CONSTANCE DUBOSE, MICHELLE FEIST, REID FORZLEY, KRISTINA FRANKEN, NICOLE D. FRAZIER, DONNA GENNARDO, BEAU GHANN, CHRIS LETT, NIKKI PERRY MENNING, MATTHEW MORRIS, BILLY F. NEAL, JR., LATOYA ODOM, AMBER PILGRIM, KERRI SMITH, JOHN M. STANKOWITZ, JESSICA SUCHANEK, TARA TYLER, COURTNEY WESTMAN, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Civil Action No. 2015RCCV85 |
| BONNAROO RESTAURANT GROUP, II, L.P. and HIELAN PAYROLL, LLC, | ) ) ) | |
| Defendants. | ) ) | |

## CERTIFICATE OF SERVICE

This will certify that service of a copy of the foregoing *Notice to Superior Court of Augusta-Richmond County, Georgia, of Removal to Federal Court* was filed using the CM/ECF online filing system of the U.S. District Court for the Southern District of Georgia on March 26, 2015, which automatically sent email notification to all counsel of record. I further certify that I have this day caused to

be served a copy of the same via First Class U.S. Mail with sufficient postage

affixed to the following:

Jason W. Blanchard
Thomas W. Tucker
TUCKER LONG, P.C.
Post Office Box 2426
Augusta, Georgia  30903

  This  ___ day of _____, 2015.


                   _____
                   Michael A. Caldwell
**DeLong, Caldwell Bridgers**  Georgia Bar No. 102775
**& Fitzpatrick, LLC**
Suite 3100 Centennial Tower    *ATTORNEY FOR DEFENDANTS*
101 Marietta St. NW
Atlanta, Ga. 30303
404-979-3154
michaelcaldwell@dcbflegal.com

---

**NOTICE TO SUPERIOR COURT OF AUGUSTA-RICHMOND COUNTY, GEORGIA, OF REMOVAL TO FEDERAL COURT – Page 4**